Berthold Noa v. George Lappos and Another.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott. JJ.

Jacob W. Bermant v. Mary S. Keveney.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Walter J. Fensterer .v. Pressure Lighting Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Leavitt v. Pittsburg Can Company.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max Schaffer v. Pressure Lighting Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Felix Hoffman v. St. James Building, Incorporated.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William M. Haradon v. Standard Oil Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, .Clarke and Scott, JJ.

Northern Bank of New York v. Moses Lowenstein and Another.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

New York City Car Advertising Company v. Rosa Greenberger.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Louis T. Noonan.— Referred to Hon. H. A. Gildersleeve, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Agostino H. Montegriffo, Jr.— Referred to Hon. J. J. Freedman, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Clifford L. Beare.— Application granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Thomas Sanders, Jr., v. Kenneth T..Barnaby.— Motion granted. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.